UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELE MORGAN, | Case No. 2:23-cv-01473-SSS-AJR |
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WILLIAM WATSON, M.D., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint [Dkt. 31], all the records and files herein, the Report and Recommendation of the United States Magistrate Judge [Dkt. 41], Plaintiff's Objections to the Report and Recommendation [Dkt. 48], and Defendant's Response to Plaintiff's Objections [Dkt. 49]. The Court conducted a *de novo* review of those portions to which Plaintiff has objected. However, Plaintiff's Objections do not cause the Court to disagree with the recommendations of the United States Magistrate Judge.

Plaintiff objects that he has stated an Eighth Amendment claim under *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971), for deliberate indifference

to a serious medical need. [Dkt. 48 at 2-4]. The Court concurs with the Report that Plaintiff's claim is based on alleged excessive force in handling Plaintiff's knees and legs in a very rough and painful manner, not on a failure to provide medical attention. [Dkt. 41 at 11; Dkt. 31 at 7]. Thus, Plaintiff's allegations present a new context that is not cognizable under *Bivens*.

Plaintiff further objects that administrative remedies for his claim are unavailable. [Dkt. 48 at 5]. The Court concurs with the Report that the existence of the Bureau of Prisons' administrative grievance process is a special factor counseling against extending *Bivens* to the new context presented here. [Dkt. 41 at 11-12].

Finally, Plaintiff objects that he should receive discovery. [Dkt. 48 at 5-6]. The Court concurs with the Report that discovery is unwarranted because Plaintiff has failed to state a claim upon which relief may be granted. [Dkt. 41 at 14-15].

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Defendant's Motion to Dismiss the Second Amended Complaint be **GRANTED** [Dkt. 32], that this action be **DISMISSED** with prejudice, that Plaintiff's Motion for Discovery be **DENIED** [Dkt. 30], and that Plaintiff's Motion for Leave to File Supplemental Exhibit be **DENIED** [Dkt. 40].

///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record and on counsel for Defendant.

**IT IS SO ORDERED.**

DATED: October 10, 2024

_____
SUNSHINE S. SYKES
United States District Judge