JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANELE MORGAN,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM WATSON, M.D.,<br><br>　　　　　　　Respondent. | Case No. 2:23-cv-01473-SSS-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: October 10, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　United States District Judge

-1-